IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–28–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER THEODORE COLE, | |
| Defendant. | |

Defendant Christopher Theodore Cole having moved to seal his sentencing memorandum,

IT IS ORDERED that the defendant's motion (Doc. 52) is GRANTED. The Clerk of Court is directed to SEAL the sentencing memorandum filed at Doc. 50. *See* L.R. CR 49.1(a)(2)(F). The redacted sentencing memorandum lodged at Doc. 52-1 is deemed filed.

DATED this 26th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court